**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: CONDEMNATION BY SUNOCO     : No. 814 MAL 2017
PIPELINE L.P. OF PERMANENT AND    :
TEMPORARY RIGHTS OF WAY AND     :
EASEMENTS FOR THE             : Petition for Allowance of Appeal from
TRANSPORTATION OF ETHANE,      : the Order of the Commonwealth
PROPANE, LIQUID PETROLEUM GAS,  : Court
AND OTHER PETROLEUM PRODUCTS  :
IN THORNBURYTOWNSHIP,        :
DELAWARE COUNTY, PENNSYLVANIA, :
OVER THE LANDS OF TRAYMORE     :
INVESTMENT PARTNERS, L.P.       :
                                :
                                :
PETITION OF: ANDOVER          :
HOMEOWNERS' ASSOCIATION INC.   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.